IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-22062 |
| | : | |
| Clifford W. Cuddy, | : | |
|          Debtor | : | |
| | : | Chapter 7 |
| Gino F. Peluso, Esq., | : | |
| Movant | : | |
| | : | Related to Document No. |
|        v. | : | |
| | : | |
| No Respondent | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |

**NOTICE REGARDING FILING OF MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(e) I, GINO F. PELUSO, ESQ., counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By:  /s/Gino F. Peluso, Esq.
Signature

GINO F. PELUSO, ESQ.
Typed Name

One Peluso Place – Suite A
2692 Leechburg Road
Lower Burrell, PA 15068
724-339-8710

PA I.D. 33740

Allegheny Clinic Radiology
PO Box 645367
Pittsburgh, PA 15264

Allegheny Health Network
PO Box 645266
Pittsburgh, PA 15264

Allegheny Health Network
PO  Box 645266
Pittsburgh, PA 15264

Americollect
1851 A Alverno Road
Manitowoc, WI 54221

Butler Emergency Physicians Assoc
PO Box 3478
Wescosville PA 18106-0478

Butler Imaging and Interventional Assoc.
7 Acee Drive
Natrona Heights PA 15065-9700

Butler Memorial Hospital
PO Box 37171
Baltimore, MD 21297

RSource
433 Plaza Real - Suite 255
Boca Raton
Boca Raton, FL 33432

State Collection Service
PO Box 6250
Madison, WI 53716

State Collection Service INc.
PO Box 6250
Madison, WI 53716

US Acute Care Solutions
PO Box 9820
Coral Springs, FL 33075