IN THE UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: | ) | Chapter 7 Bankruptcy No.: 22-22062 |
| | ) | |
| CLIFFORD W. CUDDY, | ) | |
| | ) | Proof of Income Statement |
| Debtor. | ) | |
| | ) | |

**PROOF OF INCOME STATEMENT**

    The Debtor, CLIFFORD W. CUDDY, by and through his Attorney, GINO F. PELUSO, ESQ., hereby attaches this Proof of Income Statement, to his Chapter 7 Bankruptcy filing, and requests that the Court accept the following information as the Debtor's Proof of Income Statement, in that he does not receive pay stubs:

    The Debtor's only source of income is in the form of the following:

a. Social Security in the amount of $1,502.00/month;
b. SNAP in the amount of $250.00/month.

/s/Gino F. Peluso, Esq.
GINO F. PELUSO, ESQ.
Attorney for the Debtor,
CLIFFORD W. CUDDY