Certificate Number: 13858-PAW-DE-036930351

Bankruptcy Case Number: 22-22062



13858-PAW-DE-036930351

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 26, 2022, at 3:03 o'clock AM EDT, Clifford W. Cuddy completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  October 26, 2022         By:  /s/Wendel Ruegsegger

                                Name:  Wendel Ruegsegger

                                Title:  Counselor