# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: auto | Date Created: 10/28/2022 |
| Case: 22−22062−CMB | Form ID: 309A | Total: 19 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Clifford W. Cuddy | 1245 Lenape Avenue    Ford City, PA 16226 |
| ust | Office of the United States Trustee | Liberty Center.    1001 Liberty Avenue, Suite 970    Pittsburgh, PA 15222 |
| tr | Lisa M. Swope, Chapter 7 Trustee | Neugebauer & Swope, P.C.    219 South Center Street    P. O. Box 270    Ebensburg, PA 15931 |
| aty | Gino F. Peluso | One Peluso Place − Suite A    2692 Leechburg Road    Lower Burrell, PA 15068 |
| smg | Pennsylvania Department of Revenue | Bankruptcy Division    P.O. Box 280946    Harrisburg, PA 17128−0946 |
| smg | Pennsylvania Dept. of Revenue | Department 280946    P.O. Box 280946    ATTN: BANKRUPTCY DIVISION    Harrisburg, PA 17128−0946 |
| 15526473 | Allegheny Clinic Radiology | PO Box 645367    Pittsburgh, PA 15264 |
| 15526475 | Allegheny Health Network | PO Box 645266    Pittsburgh, PA 15264 |
| 15526474 | Allegheny Health Network | PO Box 645266    Pittsburgh, PA 15264 |
| 15526476 | Americollect | 1851 A Alverno Road    Manitowoc, WI 54221 |
| 15529008 | Ave Marie Dlubak | 152 Baker Road    Freeport PA 16229 |
| 15526477 | Butler Emergency Physicians Assoc | PO Box 3478    Wescosville PA 18106−0478 |
| 15526478 | Butler Imaging and Interventional Assoc. | 7 Acee Drive    Natrona Heights PA 15065−9700 |
| 15526479 | Butler Memorial Hospital | PO Box 37171    Baltimore, MD 21297 |
| 15529009 | Louis V. Kreonick, IV, Esq. | LJK Law PLCC    1200 Sarah Street    Pittsburgh, PA 15203 |
| 15526480 | RSource | 433 Plaza Real − Suite 255    Boca Raton    Boca Raton, FL 33432 |
| 15526481 | State Collection Service | PO Box 6250    Madison, WI 53716 |
| 15526482 | State Collection Service INc. | PO Box 6250    Madison, WI 53716 |
| 15526483 | US Acute Care Solutions | PO Box 9820    Coral Springs, FL 33075 |

TOTAL: 19