# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Clifford W. Cuddy d/b/a Cuddy's Construction,<br><br>    Debtor,<br>*****************************************<br>Ave Maria Dlubak,<br><br>    Movant,<br><br>    vs.<br><br>Clifford Cuddy d/b/a Cuddy's Construction,<br><br>    Respondent. | CHAPTER 7 BANKRUPTCY PETITION<br><br>Chapter:   7<br><br>Bankruptcy No.: 22-22062-CMB<br><br>Doc. No.:<br><br>Bankruptcy Judge: Carlota M. Böhm |

## PROPOSED ORDER OF COURT

**AND NOW TO WIT,** this _____ day of _____, 2023, upon due and careful consideration of Motion for Relief from the Automatic Stay which was filed by Movant Ave Maria Dlubak with argument being had thereon, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the same be and is hereby **GRANTED**.

                          **BY THE COURT:**

                          _____
                          **Honorable Carlota M. Böhm**
                          **United States Bankruptcy Judge**
                          **Western District of Pennsylvania**