IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Clifford W. Cuddy d/b/a Cuddy's Construction, | : | Case No. 22-22062-CMB |
| Debtor, | : | |
| | : | Chapter 7 |
| Ave Maria Dlubak, | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| Clifford W. Cuddy d/b/a Cuddy's Construction, | : | |
| | : | Hearing: |
| Respondent. | : | |

## NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS

**AND NOW**, this _____ day of _____, 2023, **NOTICE IS HEREBY GIVEN THAT** a Request for an Expedited Hearing on Motion for Relief from the Automatic Stay ("Motion"), has been filed in the above-captioned case by Louis J. Kroeck IV, Esquire, counsel for the Movant Ave Maria Dlubak.

*On* _____, *20*__ at _____ *M.* a hearing has been scheduled in _____.

*On or before* _____, *Responses* to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

*Movant shall serve* a copy of this completed Scheduling Order and the Motion by U.S. Mail **and**, (1) hand delivery **or** (2) facsimile **or** (3) email (separate from CM/ECF) on the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and counsel for any committee. In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors. Movant shall immediately file a certificate of service indicating such service.

_____
United States Bankruptcy Judge

**PAWB Local Form 20  (10/16)**