# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Clifford W. Cuddy d/b/a Cuddy's Construction,<br><br>　　　Debtor,<br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*<br>Ave Maria Dlubak,<br><br>　　　Movant,<br><br>　　　vs.<br><br>Clifford Cuddy d/b/a Cuddy's Construction,<br><br>　　　Respondent. | **CHAPTER 7 BANKRUPTCY PETITION**<br><br>Chapter: __7__<br><br>Bankruptcy No.: 22-22062-CMB<br><br>Doc. No.:<br><br>Bankruptcy Judge: Carlota M. Böhm |

## PROPOSED ORDER OF COURT

**AND NOW TO WIT,** this _____ day of _____, 2023, upon due and careful consideration of Motion to Dismiss Voluntary Chapter 7 Bankruptcy Petition which was filed by Movant Ave Maria Dlubak with argument being had thereon, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the same be and is hereby **GRANTED**.

　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**Honorable Carlota M. Böhm**
　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**
　　　　　　　　　　　　　　　　　　　　　　　**Western District of Pennsylvania**