**Form 209**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

22 – 18
dkro

In re:  Bankruptcy Case No.: 22–22062–CMB

Chapter: 7
Hearing Date: 3/14/23 at 01:30 PM

**Clifford W. Cuddy**
**dba Cuddys Construction**
  Debtor(s)

## CERTIFICATE OF SERVICE

I,_____, of ** _____

_____

_____

**CERTIFY:**

  That I am at least 18 years of age:

  That on the _____ day of _____, _____, I served a copy of the within Order Setting Date Certain *together with the Motion* filed in this proceeding, on:

**on the Respondent(s) in this proceeding, by (describe the mode of service):**

**at the following address(es):**

**I certify under penalty of perjury that the foregoing is true and correct.**

  Executed on _____  _____
        (Date)              (Signature)

**\*\*Indicate Current Mailing Address**