# Notice Recipients

District/Off: 0315–2  User: auto  Date Created: 2/22/2023
Case: 22–22062–CMB  Form ID: 209  Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Louis John Kroeck   lou@ljk–law.com

TOTAL: 1