**Form 600a**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Clifford W. Cuddy** | : | Case No. 22–22062–CMB |
| **dba Cuddys Construction** | : | Chapter: 7 |
| *Debtor(s)* | : | |
| | : | |
| Ave Maria Dlubak | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 18 |
| v. | : | |
| Clifford Cuddy d/b/a Cuddy's Construction | : | Hearing Date: 3/14/23 at 01:30 PM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATES FOR RESPONSE
## AND ZOOM HEARING ON MOTION

  *AND NOW,* this ***The 22nd of February, 2023***, a **Motion for Relief From Automatic Stay** having been filed at Doc. No. 18 by Ave Maria Blubak,

  It is hereby **ORDERED, ADJUDGED and DECREED** that:

  (1) Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

  (2) **On or before March 10, 2023,** any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

  (3) Said *Motion* is scheduled for a ZOOM Hearing on **March 14, 2023** at **01:30 PM** via https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191 at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb–proc–videohrg.pdf.

  (4) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter an order by default. ***To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Carlota M Bohm refer to the calendar section.*** In the event a default order has been entered, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

  (5) A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **IMMEDIATELY**.

  (6) If the Motion includes a request for an extension of time, the time is extended pending the outcome of the hearing.

  Dated: February 22, 2023

Carlota M. Böhm, Judge
United States Bankruptcy Court

cm: Louis J. Kroeck, IV, Esq.