# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: auto | Date Created: 2/22/2023 |
| Case: 22–22062–CMB | Form ID: 600z | Total: 1 |

**Recipients of Notice of Electronic Filing:**

aty      Louis John Kroeck      lou@ljk–law.com

TOTAL: 1