**Form 209**

UNITED STATES BANKRUPTCY COURT  23 – 20
WESTERN DISTRICT OF PENNSYLVANIA  dkro

In re:  Bankruptcy Case No.: 22–22062–CMB

Chapter: 7
Hearing Date: 3/14/23 at 01:30 PM

**Clifford W. Cuddy**
**dba Cuddys Construction**
   Debtor(s)

## CERTIFICATE OF SERVICE

I,_____, of \*\* _____

_____

_____

**CERTIFY:**

   **That I am at least 18 years of age:**

   **That on the \_\_\_\_\_ day of _____, _____, I served a copy of the within Order Setting Date Certain** *together with the Motion* **filed in this proceeding, on:**

**on the Respondent(s) in this proceeding, by (describe the mode of service):**

**at the following address(es):**

**I certify under penalty of perjury that the foregoing is true and correct.**

  Executed on _____          _____
                    (Date)                                                     (Signature)

**\*\*Indicate Current Mailing Address**