Form 209

**UNITED STATES BANKRUPTCY COURT**  23 – 20
**WESTERN DISTRICT OF PENNSYLVANIA**  dkro

In re:

**Clifford W. Cuddy**
**dba Cuddys Construction**

Bankruptcy Case No.: 22–22062–CMB
Chapter: 7

Debtor(s)
Ave Maria Dlubak

 Movant,

Related to Document No. 34 and 35-2

v.

Clifford Cuddy d/b/a Cuddy's Construction

Hearing Date: 5/23/23 at 10:00 AM

 Respondent.

**CERTIFICATE OF SERVICE**

I, Louis J. Kroeck IV, Esquire, of ** LJK LAW, PLLC

1200 Sarah Street, Pittsburgh, PA 15203, Counsel for Plaintiff

**CERTIFY:**

That I am at least 18 years of age:

That on the 26th day of April, 2023, I served a copy of the within Order Setting Date Certain *together with the Motion* filed in this proceeding, on:

Clifford Cuddy d/b/a Cuddy's Construction

Gino F. Peluso, Esquire
Attorney for Debtor & Defendant Clifford W. Cuddy d/b/a Cuddy's Construction

Lisa M. Swope, Esquire
Chapter 7 Trustee Clifford W. Cuddy d/b/a Cuddy's Construction

on the Respondent(s) in this proceeding, by (describe the mode of service):

Clifford Cuddy d/b/a Cuddy's Construction via First-Class U.S. Mail
Gino F. Peluso, Esquire via Email
Lisa M. Swope, Esquire via Email

at the following address(es):    Clifford W. Cuddy d/b/a Cuddy's Construction
1245 Lenape Road
Ford City, PA 16226

Gino F. Peluso, Esquire
gp@attorneypeluso.com

Lisa M. Swope, Esquire
lms@nsslawfirm.com

**I certify under penalty of perjury that the foregoing is true and correct.**

Executed on April 26, 2023    /s/ Louis J. Kroeck IV, Esquire
 (Date)    (Signature)

**\*\*Indicate Current Mailing Address**