IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
Clifford W. Cuddy d/b/a Cuddy's Construction,
*****************************************
Ave Maria Dlubak,
    Movant,

vs.

Clifford Cuddy d/b/a Cuddy's Construction,
    Respondent.

Chapter: 7

Bankruptcy No.: 22-22062-CMB

Related to Doc. Nos. 18, 20, 34

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, to wit, this 22nd day of May, 2023, upon consideration of the *Motion For Relief from Automatic Stay & to Permit Debtor to Obtain a Discharge Order and Final Decree* ("Motion," Doc. No. 34) filed on behalf of the Movant, Ave Maria Dlubak, and upon consideration of the consent order attached thereto, and there being no objections to the Motion,

It is hereby ORDERED, ADJUDGED and DECREED that the Motion is **GRANTED** as set forth herein:

A. The Relief From Automatic Stay shall be granted to permit Movant to recover against Respondent's insurance carrier only.

B. The Movant shall forthwith withdraw the following: Movant's Motion and Amended Motion for Relief from the Automatic Stay, with prejudice, filed at 22-22062-CMB Document #14 & 18; Movant's Motion to Dismiss, with prejudice, filed at 22-22062-CMB Document #14 & 20; Movant's Adversary Complaint, with prejudice, filed at Adv. No. 23-02016-CMB.

C. When appropriate thereafter, the Discharge Order shall be entered and the case will be closed.

D. Due to the entry of this Order and the Movant's intention to promptly withdraw the pending motions at Doc. Nos. 18 and 20, the hearings scheduled on May 23, 2023 are CANCELLED.

By the Court:

_____
Carlota M. Böhm, Judge

FILED
5/22/23 9:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA