**Form 129**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Clifford W. Cuddy**
**dba Cuddys Construction**
   Debtor(s)

Bankruptcy Case No.: 22–22062–CMB

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

Lisa M. Swope, Chapter 7 Trustee is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: August 2, 2023

Carlota M Bohm
United States Bankruptcy Judge